UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KAREN UZEL, on behalf of herself and all others similarly situated,** <br><br> Plaintiff, <br><br> -against- <br><br> **RBC CAPITAL MARKETS, LLC,** <br><br> Defendant. | 24-cv-08226 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

      The Court hereby **DENIES** Defendant's request for a pre-motion conference and **GRANTS** Defendant leave to file a motion to dismiss. ECF No. 12. The Court adopts the briefing schedule stipulated by the Parties and set forth in the Court's December 4, 2024 order:

- Opening Brief Due: February 21, 2025
- Opposition Due: March 23, 2025
- Reply Due: April 22, 2025

SO ORDERED.

Dated:   January 21, 2025
          New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**