UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KAREN UZEL, on behalf of herself and all others similarly situated,**<br><br>      Plaintiff,<br><br>    -against-<br><br>**RBC CAPITAL MARKETS, LLC,**<br><br>      Defendant. | 24-cv-08226 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Court **GRANTS** Defendant's request to formally seal ECF No. 18-4 and **ORDERS** Defendant to electronically file a redacted version of the same document per ECF Filing Rule 21.7.  The Clerk of Court is respectfully directed to formally seal ECF No. 18-4.

SO ORDERED.

Dated: February 24, 2025
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**