**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re RBC Capital Markets Cash Sweep Litigation*

24-cv-08226 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court hereby **DENIES** Defendant's request for a pre-motion conference and **GRANTS** Defendant leave to file a motion to dismiss.  ECF Nos. 33, 39.  The Court adopts the briefing schedule:

- Opening Brief Due:  October 27, 2025
- Opposition Due:  November 10, 2025
- Reply Due:  November 17, 2025

**SO ORDERED.**

Dated: **October 6, 2025**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**