UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: RBC Capital Markets Cash Sweep Litigation

1:24-cv-08226 (ALC)

**ORDER**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 27, 2025, Defendant filed a letter motion requesting oral argument on their Motion to Dismiss the Consolidated Class Action Complaint. ECF Nos. 45, 43.

Plaintiff is ordered to respond to Defendant's letter motion by November 5, 2025.

**SO ORDERED.**

**Dated:** October 31, 2025

New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**