**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: : RBC Capital Markets Cash Sweep Litigation

**Plaintiff**

1:24-cv-8226 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a short telephonic hearing on September 14, 2026 at 3:30 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**
**Dated: September 11, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**